# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)** | 24-5566

**Case Name** | Sanchez v. Bonta

**Counsel submitting this form** | Appellant Gary R Sanchez

**Represented party/parties** | Appellant Gary R Sanchez

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellant attempted to purchase a Tax Stamp from the Bureau of Alcohol, Tobacco, Firearms, and Explosives (BATFE) to manufacture a Silencer/Suppressor but was denied by the BATFE due to California Penal Code Sub Section 33410 which prohibits possession.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**          *Rev. 09/01/22*

*Briefly describe the result below and the main issues on appeal.*

The District Court ruled that Appellant had no claim and that Silencers/Suppressors are not covered by the Second Amendment.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

None that I know of

**Signature** [signature] **Date** 09/17/2024
*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

**Form 7** *Rev. 09/01/22*

2