# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* https://www.ca9.uscourts.gov/forms/form07instructions.pdf

**9th Cir. Case Number(s)**  24-5566

**Case Name**  Sanchez v. Bonta

**Counsel submitting this form**  Kevin L. Quade

**Represented party/parties**  California Attorney General Rob Bonta, in his official capacity

*Briefly describe the dispute that gave rise to this lawsuit.*

Appellant Gary Sanchez sought federal authorization to 3D print a firearm silencer. That request was denied because the possession of silencers is unlawful in California under California Penal Code section 33410. Appellant then filed a lawsuit in federal court seeking to facially invalidate California's statutory prohibition for violating the Second Amendment.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**                                                                 *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

> The district court granted the Attorney General's motion to dismiss without leave to amend, holding that firearm silencers are not protected by the Second Amendment's plain text.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

> No proceedings remain below, and to the best of the Attorney General's knowledge, there are no related proceedings before any other courts.

**Signature** s/ Kevin L. Quade  **Date** 9/20/24

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**  Rev. 09/01/22

2

# CERTIFICATE OF SERVICE

Case Name:  **Sanchez v. Bonta**        No.  **24-5566**

I hereby certify that on September 20, 2024, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**FORM 7 - MEDIATION QUESTIONNAIRE**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On September 20, 2024, I have caused to be mailed in the Office of the Attorney General's internal mail system, the foregoing document(s) by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

Gary R. Sanchez
5941 Rio Valle Drive
Bonsall, CA  92003
***In Pro Per***

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on September 20, 2024, at Sacramento, California.

|  Kevin L. Quade  |  */s/ Kevin L. Quade* |
| :---: | :---: |
| Declarant | Signature |