# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

GARY R SANCHEZ
Appellant(s),

vs.

ROB BONTA, in his official capacity as Attorney General of California
Appellee(s).

9th Cir. Case No. 24-5566

District Court or
BAP Case No. 3:24-CV-00767-RSH-USB

## APPELLANT'S INFORMAL OPENING BRIEF

*(attach additional sheets as necessary, up to a total of 50 pages including this form)*

**JURISDICTION.** This information helps the court determine if it can review your case.

1. Timeliness of Appeal:

   a. What is the date of the judgment or order that you want this court to review? 8/28/2024

   b. Did you file any motion, other than for fees and costs, after the judgment was entered? Answer yes or no: No

      • If you did, on what date did you file the motion? _____

      • For prisoners or detainees, what date did you give the motion to prison authorities for mailing? _____

      • What date did the district court or bankruptcy appellate panel (BAP) decide the motion that you filed after judgment? _____

   c. What date did you file your notice of appeal? 9/11/2024

      • For prisoners or detainees, what date did you give your notice of appeal to prison authorities for mailing? _____

9th Cir. Case No. 24-5566                               Page 2

**FACTS.** Include all facts that the court needs to know to decide your case.

2. What are the facts of your case?

On April 29th 2024 I filed a complaint against the Attorney General of the state of California because of a denial I received from the BAFTE for cal pen ss 33410 which prohibits possession of a silencer. The state argues that silencers are not "Arms" and therefore not protected by the second amendment. I provided evidence to show that silencers are in common use by providing a record from the BATFE showing over 3 million silencers owned in the United States. I also provided caselaw which supports the notion that silencers are arms. The lower court dismissed my evidence and granted defendants motion to dismiss for failure to state a claim

9th Cir. Case No. 24-5566                                      Page 3

**PROCEEDINGS BEFORE THE DISTRICT COURT OR THE BAP.** In this section, we ask you about what happened before you filed your notice of appeal with this court.

3. What did you ask the district court or the BAP to do—for example, did you ask the court to award money damages, issue an injunction, or provide some other type of relief?

   The district court was asked to issue a permanent injunction on California Penal Code subsection 33410 and award money damages for time spent, travel, and misc fees related to case.

4. What legal claim or claims did you raise in the district court or at the BAP?

   1) Silencers are arms protected by the Second Amendment of the constitution
   2) Silencers are in common use ~~and~~

5. **Exhaustion of Administrative Remedies.** For prisoners, did you use up all administrative remedies for each claim before you filed your complaint in the district court? If you did not, please tell us why.

   N/A

9th Cir. Case No. 24-5566                                    Page 4

**PROCEEDINGS BEFORE THE COURT OF APPEALS.** In this section, we ask you about issues related to this case before the court of appeals and any previous cases you have had in this court.

6. What issues are you asking the court to review in this case? What do you think the district court or the BAP did wrong?

   The lower court did not correctly apply Supreme Court precedent established by District of Columbia v Heller, 554 U.S. 570 (2008) and New York State Rifle & Pistol Association, INC v Bruen, 597 U.S. (2022). I ask the court to apply the aformentioned caselaw to this case.

7. Did you present all issues listed in Question 6 to the district court or the BAP? Answer yes or no: No

   If not, why not?

   I was not aware that I could raise the issue of misapplication of caselaw after final judgement was issued.

9th Cir. Case No. 24-5566                                                Page 5

8. What law supports these issues on appeal? (You may refer to cases and statutes, but you are not required to do so.)

District of Columbia v Heller, 554 U.S. 570 (2008)

New York State Rifle & Pistol Association inc v Bruen, 597 U.S. (2022)

26 USC, chapter 53 - Machine Guns, Destructive Devices, and certain other Firearms

California Penal Code Part 6 Control of Deadly Weapons, Title 4. Firearms, Division 10. Special Rules Relating to Particular types of Firearms or Firearm Equipment; chapter 9 Silencers, 33410

9th Cir. Case No. 24-5566                                                                 Page 6

9. **Other Pending Cases.** Do you have any other cases pending in the court of appeals? If so, give the name and docket number of each case.

I have no other cases pending

10. **Previous Cases.** Have you filed any previous cases that the court of appeals has decided? If so, give the name and docket number of each case.

I have no previous cases

Gary R. Sanchez
Name

5941 Rio Valle Dr
Bonsall, CA 92003
Address

[Signature]
Signature

9/23/2024
Date

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s):** ~~22-5566~~ 24-5566

**Case Name:** Sanchez v Bonta

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the **Informal Opening Brief** and any attachments.
*(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature:** Greg Sewell

**Date:** 9/23/2024

| Name | Address | Date Served |
|---|---|---|
| Kevin L Quade | 1300 I Street, Suite 125 P.O. BOX 944255, Sacramento, CA | 9/23/2024 |
| | | |
| | | |
| | | |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25 — Rev. 12/01/2018