

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

SEP 26 2024

FILED
DOCKETED
DATE _____ INITIAL

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 27. Motion for** | Expedited Briefing and Consideration of Motion for Preliminary Injunction

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form27instructions.pdf*

**9th Cir. Case Number(s)** | 24-5566

**Case Name** | Sanchez v Bonta

**Lower Court or Agency Case Number** | 3:24-cv-00767-RSH-MSB

**What is your name?** | Gary R Sanchez

1. **What** do you want the court to do?

   Expedite the Briefing Schedule as well as Expedite the Consideration of Plaintiffs Motion for Preliminary Injunction

2. **Why** should the court do this? Be specific. Include all relevant facts and law that would persuade the court to grant your request. *(Attach additional pages as necessary. Your motion may not be longer than 20 pages.)*

   The District Court is wrong, not applying the Bruen methodology, specifically "Thus, even though the Second Amendment's definition of "arms" is fixed according to its historical understanding, that general definition covers modern instruments that facilitate armed self-defense." Bruen 597 U.S. at 19 (2022), would clearly lead to the outcome at which it arrived. For the reason being that this case challenges a Constitutional Infringement of a Right, I humbly request the Court grant this motion.

**Your mailing address:**

5941 Rio Valle Dr

**City** | Bonsall     **State** | CA    **Zip Code** | 92003

**Prisoner Inmate or A Number (if applicable)** |

**Signature** | *[signed]*    **Date** | 9/24/2024

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 27                                                                 New 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

### Form 25. Certificate of Service for Paper Filing

**ATTENTION ELECTRONIC FILERS: DO NOT USE FORM 25**
Use Form 25 only if you are **not** registered for Appellate Electronic-Filing.

**Instructions**
- You must attach a certificate of service to each document you send to the court and to opposing counsel.
- Include the title of the document you are serving, the name and address of each person you served with a copy of the document, and the date of mailing or hand delivery.
- Sign and date the certificate. You do not need to have the certificate notarized.
- Remember that you must send a copy of **all** documents and attachments to counsel for **each** party to this case.

**9th Cir. Case Number(s)** 24-5566

**Case Name** Sanchez v Bonta

I certify that I served on the person(s) listed below, either by mail or hand delivery, a copy of the Motion for Expedited Briefing and Consideration of Motion for Preliminary Injunction and any attachments. *(title of document you are filing, such as Opening Brief, Motion for __, etc.)*

**Signature** [signed] **Date** 9/24/2024

| Name | Address | Date Served |
|---|---|---|
| Kevin L Quade | 1300 I Street, Suite 125, PO BOX 944255, Sacramento, CA | 9/24/2024 |
|  |  |  |
|  |  |  |
|  |  |  |

*Mail this form to the court at:*
Clerk, U.S. Court of Appeals for the Ninth Circuit, P.O. Box 193939, San Francisco, CA 94119-3939
*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 25 Rev. 12/01/2018