**FILED**

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

NOV 21 2024

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY R. SANCHEZ, | No. 24-5566 |
| Plaintiff - Appellant, | D.C. No. 3:24-cv-00767-RSH-MSB |
| v. | Southern District of California, San Diego |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | ORDER |
| Defendant - Appellee. | |

Before: S.R. THOMAS and COLLINS, Circuit Judges.

The motion for injunctive relief (Docket Entry No. 4) is denied. *See Feldman v. Ariz. Sec'y of State*, 843 F.3d 366, 367 (9th Cir. 2016) ("The standard for evaluating an injunction pending appeal is similar to that employed by district courts in deciding whether to grant a preliminary injunction."); *see also Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7, 20 (2008) (defining standard for preliminary injunction in district court).

The motion to expedite (Docket Entry No. 8) is denied.

The request for an extension of time to file the answering brief (Docket Entry No. 11) is granted.

The opening brief has been filed. The answering brief is due December 20, 2024. The optional reply brief is due within 21 days after service of the answering brief.

Because appellant is proceeding without counsel and did not file excerpts of record, appellee "must file Supplemental Excerpts of Record that contain all of the documents that are cited in the pro se opening brief or otherwise required by Rule 30-1.4, as well as the documents that are cited in the answering brief." *See* 9th Cir. R. 30-1.3.