No. 24-5566

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

GARY SANCHEZ,
    *Plaintiff and Appellant*,

v.

ROB BONTA, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE STATE OF CALIFORNIA,
    *Defendant and Appellee*.

**On Appeal from the United States District Court for the Southern District of California**
No. 24-cv-767-RSH-MSB
Hon. Robert S. Huie, District Judge

## APPELLEE'S SUPPLEMENTAL EXCERPTS OF RECORD INDEX VOLUME

ROB BONTA
 *Attorney General of California*
THOMAS S. PATTERSON
 *Senior Assistant Attorney General*
R. MATTHEW WISE
JOHN D. ECHEVERRIA
 *Supervising Deputy Attorneys General*

KEVIN L. QUADE
 *Deputy Attorney General*
CALIFORNIA DEPARTMENT OF JUSTICE
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 210-7693
E-mail: Kevin.Quade@doj.ca.gov
 *Attorneys for Defendant and Appellee*

# SUPPLEMENTAL EXCERPTS OF RECORD - INDEX

| Document | File Date | USDC Dkt. No. | SER No. |
|---|---|---|---|
| **VOLUME 1 OF 2** | | | |
| Judgment in a Civil Case | 08/28/24 | 18 | 2 |
| Order Granting Defendant's Motion to Dismiss | 08/28/24 | 17 | 3-9 |
| **VOLUME 2 OF 2** | | | |
| Plaintiff's Opposition to Defendant's Motion to Dismiss | 06/28/24 | 13 | 11-16 |
| Exhibit A to Plaintiff's Opposition to Defendant's Motion to Dismiss | 06/28/24 | 13-1 | 17-23 |
| Complaint for Declaratory and Injunctive Relief | 04/29/24 | 1 | 24-33 |
| Notice of Appeal | 09/06/24 | 19 | 34-39 |
| District Court Docket | N/A | N/A | 40-42 |