

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 3 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| GARY R. SANCHEZ, | No. 24-5566 |
|---|---|
| Plaintiff - Appellant, | PRO BONO |
| v. | D.C. No. 3:24-cv-00767-RSH-MSB |
| ROB BONTA, in his official capacity as Attorney General of the State of California, | Southern District of California, San Diego |
| Defendant - Appellee. | ORDER |

Before: Lisa B. Fitzgerald, Appellate Commissioner.

The court is inclined to appoint pro bono counsel to represent appellant in this appeal. Appellant may file a written objection within 14 days. If appellant does not object, the court will appoint counsel and set a new briefing schedule.