IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

| | |
|---|---|
| GARY R. SANCHEZ,<br><br>    *Plaintiff-Appellant*,<br><br>v.<br><br>ROB BONTA, in his official capacity as Attorney General of the State of California,<br><br>    *Defendant-Appellee.* | No. 24-5566 |

## PLAINTIFF-APPELLANT'S RESPONSE TO COURT ORDER

In response to the Court's order of February 3, 2025, Plaintiff-Appellant Sanchez states that he objects to the appointment of pro bono counsel because he now has secured his own representation. Now that he is represented by counsel, Sanchez would welcome the opportunity to engage in additional briefing.

Dated: February 12, 2025

Respectfully submitted,

C.D. Michel
Konstadinos T. Moros
Anna Barvir
MICHEL & ASSOCIATES, PC
180 E Ocean Boulevard
Suite 200
Long Beach, CA 90802
(562) 216-4444
cmichel@michellawyers.com

/s/David H. Thompson
David H. Thompson
Peter A. Patterson
COOPER & KIRK, PLLC
1523 New Hampshire Ave., NW
Washington, D.C. 20036
(202) 220-9600
dthompson@cooperkirk.com
ppatterson@cooperkirk.com

*Attorneys for Plaintiff-Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the Ninth Circuit on February 12, 2025, by using the appellate CM/ECF system. I certify that service will be accomplished on February 12, 2025, by the appellate CM/ECF system on all parties or their counsel.

Dated: February 12, 2025  /s/David H. Thompson
David H. Thompson
*Attorney for Plaintiff-Appellant*