| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | FILED |
| FOR THE NINTH CIRCUIT | | FEB 26 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

GARY R. SANCHEZ,

    Plaintiff - Appellant,

 v.

ROB BONTA, in his official capacity as Attorney General of the State of California,

    Defendant - Appellee.

No. 24-5566

PRO BONO

D.C. No. 3:24-cv-00767-RSH-MSB
Southern District of California, San Diego

ORDER

    The court is in receipt of appellant's objection to the appointment of pro bono counsel (Docket Entry No. 30). Accordingly, this appeal is removed from the court's pro bono program.

    Appellant's motion to for leave to submit additional briefing (Docket Entry No. 30) is granted. The supplemental or replacement opening brief is due March 28, 2025; the supplemental or replacement answering brief is due April 28, 2025; and the optional reply brief is due within 21 days after service of the supplemental or replacement answering brief.

    Appellant is encouraged to file replacement briefing rather than supplemental briefing. Both parties shall state on the cover pages of the briefs whether they are replacement briefs or supplemental briefs. If a replacement brief is filed, the Clerk shall strike the previously tendered brief.

The parties may file replacement or supplemental excerpts of record. If replacement excerpts of record are filed, the Clerk will strike the previously tendered excerpts. The absence of replacement excerpts of record will be treated as a joinder in the previously submitted excerpts.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT