# STATUTORY ADDENDUM

## TABLE OF CONTENTS

**Page**

U.S. CONST. amend II ................................................................................. Add.1

CAL. PENAL CODE § 33410 .......................................................................... Add.2

**U.S. CONST. amend II**

      A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

Add.1

**CAL. PENAL CODE § 33410 - Possession; fines and penalties.**

Any person, firm, or corporation who within this state possesses a silencer is guilty of a felony and upon conviction thereof shall be punished by imprisonment pursuant to subdivision (h) of Section 1170 or by a fine not to exceed ten thousand dollars ($10,000), or by both that fine and imprisonment.